AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

THE PERSON OF
STEFAN CHADWICK CRAWMER
SHELBY COUNTY JAIL, SIDNEY, OHIO

Case No. 3:22MJ010

## APPLICATION FOR A SEARCH WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

The person of Stefan Chadwick Crawmer who is currently incarcerated in Shelby County Jail, Sidney, Ohio

located in the _____Southern_____ District of _____Ohio_____ , there is now concealed *(identify the person or describe the property to be seized):*

a DNA sample, which will be obtained by placing a cotton swab inside the mouth of Stefan Chadwick Crawmer and then rubbing the inside of his cheeks and mouth to obtain cellular material

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113 | Bank Robbery |
| 18 U.S.C. § 922(g) | Felon in Possession of a Firearm |
| 18 U.S.C. § 924(c)(A)(ii) | Use of a Firearm During a Crime of Violence |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

SA Nicholas A. Graziosi, FBI
*Printed name and title*

Sworn to before me and signed in my presence via telephone.

Date: 1/11/22

*Judge's signature*

City and state: Dayton, Ohio

Sharon L. Ovington, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, **Nicholas A. Graziosi,** being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the United States Federal Bureau of Investigation and have been employed as such since March of 2017. I am currently assigned to the FBI Cincinnati Division – Dayton Resident Agency. In connection with my official duties, I investigate violations of federal criminal laws, including offenses pertaining to use of firearms in furtherance of crimes of violence, felony possession of firearms, and bank robberies.

2. This affidavit is based upon results of an ongoing investigation into STEFAN CHADWICK CRAWMER (hereinafter referred to as "CRAWMER") for violations of 18 U.S.C. § 2113 – Bank Robbery, 18 U.S.C § 922(g) - Felon in Possession of a Firearm, and 18 U.S.C. § 924(c)(A)(ii) – Use of a Firearm During a Crime of Violence. This Affidavit is submitted in support of Application for Search Warrant for a Deoxyribonucleic Acid (DNA) sample from the person of STEFAN CHADWICK CRAWMER.

3. My knowledge of this investigation is based upon my own personal observations, as well as the observation and investigation conducted by other law enforcement officers knowledgeable of the facts and circumstances involved in the subject investigation. For purposes of this Affidavit, I have not distinguished between information of which I have direct knowledge and that of which I have hearsay knowledge.

4. This affidavit does not contain every fact known to the investigation, but only those deemed necessary to demonstrate sufficient probable cause to support the collection of DNA samples from the person of STEFAN CHADWICK CRAWMER.

## PROBABLE CAUSE

5. Beginning in July 2021 and continuing thereafter, the Affiant, as well as the other law enforcement officers, began investigating a series of bank robberies that occurred in the state of Ohio. Investigators identified the bank robbery suspect as STEFAN CHADWICK CRAWMER. While committing the robberies, CRAWMER displayed a black pistol style firearm, while demanding U.S. currency. A summary of each of the bank robberies are detailed below.

6. On July 1, 2021, at approximately 9:22 a.m., a robbery occurred at the Peoples Savings Bank, located at 618 Scioto Street, Urbana, Ohio. According to eyewitness statements and review of bank surveillance video, the suspect entered the bank, then pulled a black gaiter face style facemask over his face and approached one of the tellers in the bank. The suspect had a black pistol style firearm in one hand and pulled the slide back with his other hand, indicating that the suspect was loading the firearm. During this time, the suspect demanded an amount of U.S. currency. The teller provided to law enforcement that the suspect stated "give me 50's and 100's." The teller complied and handed the suspect an unknown amount of U.S. currency. The suspect thereafter took the U.S. currency and exited the bank.

7. An audit of the teller drawer involved revealed that the suspect made out with approximately $3,350.00.

8. Bank employees described the suspect as a white male, approximately 5'10", 170-180 lbs., with short hair. The suspect was further described by bank employees as wearing a Minecraft ball cap, a black mesh gaiter style face covering, a dark quarter zip shirt and grey shorts. One of the bank employees described the suspect as having a tattoo on the lower portion on one of his calves.

9. Your Affiant conducted a search on fdic.gov and observed that the Peoples Saving Bank was listed as Federal Deposit Insurance Corporation (hereinafter "FDIC") insured with FDIC Certification No. 29975.

10. On August 7, 2021, at approximately 9:30 a.m., a robbery occurred at the Richwood Bank, located at 2454 N. Limestone Street, Springfield, Ohio. According to eyewitness statements and review of bank surveillance video, the suspect entered the entry doors of the bank unmasked. As the suspect passed through the entry doors, the suspect pulled a gray gaiter style mask up over part of his face and walked towards the teller counters. The suspect approached the teller counters and then walked between and behind the teller counters and produced a small, black pistol style firearm. The suspect then pulled back the slide of the firearm indicating that the suspect was loading the firearm. During this time, the suspect demanded an amount of U.S. currency.

11. A Richwood Bank employee provided to law enforcement that the suspect stated "give me 50's and 100's." The suspect then attempted to open a teller drawer, which was locked. The suspect told the tellers to unlock the teller drawers. The tellers complied and gave the suspect an amount of U.S. currency.

12. An audit of the teller drawers involved revealed that the suspect made out with approximately $3,103.00.

13. Richwood Bank employees provided to law enforcement that the suspect was a white male, approximately 5'10" to 6' tall, weighing approximately 160-175 lbs., 35-45 years of age, with a gray goatee. Bank employees further described the suspect as wearing a gray mask, dark gray ball cap, a Planet Fitness black tee shirt with large white lettering, black and gray cargo shorts, and dark gray New Balance shoes with an orange colored "N" on the side of the

3

shoe. A bank employee described the suspect as having a birth mark or mole on the outside corner of his left eye at the top of the suspect's cheek. The birth mark or mole was further described by a bank employee as round, a couple shades darker than the suspect's skin, and bigger than a pencil eraser but smaller than a dime. Law enforcement reviewed bank surveillance and noted that the suspect was wearing black shorts and a single strap over the shoulder bag. Law enforcement also observed from surveillance footage that the suspect wore a dark blue ball cap with no apparent logos or writing and black sunglasses on top of the ball cap.

14. Your Affiant conducted a search on fdic.gov and observed that the Richwood Bank was listed as FDIC insured with FDIC Certification No. 12978.

15. On August 17, 2021, at approximately 9:41 a.m., a robbery occurred at the Civista Bank, located at 205 S. Detroit Street, West Liberty, Ohio. According to eyewitness statements and review of bank surveillance video, the suspect entered the bank, pulled up a purple gaiter style face mask covering most of his face and approached the tellers. The suspect displayed a black pistol style firearm and walked behind the counter. Law enforcement spoke with bank employees who provided a description of the suspect.

16. B.M., a Civista Bank employee, observed the suspect pull up to the exterior of the bank in a white four door car. B.M. recalled the license plate of the suspect vehicle as JIA7018. B.M. described the suspect as a white male, approximately 6' tall. After walking into the bank, the suspect pulled up what B.M. described as a bandana over his face. The suspect was wearing a long sleeve white tee shirt pushed up to his elbows, dark colored shorts, a hat, and a black lap top bag. The suspect was also holding a small pistol style firearm in his right hand. The suspect stated, "you know what I want" and "open your drawers." B.M. provided that the suspect took a money bag off the counter which contained business deposits. B.M. believed that the suspect

4

was a customer and later recalled to law enforcement that she believed the suspect was STEFAN CHADWICK CRAWMER. B.M. searched CRAWMER's account and provided account details to law enforcement. B.M. provided to law enforcement that CRAWMER came into the bank on December 28, 2019, and opened an account. B.M. stated that around August of 2020, this account was overdrawn and closed. In March of 2021, CRAWMER inquired about the deposit of his stimulus check, and he was informed that his account was closed because it was overdrawn. He was advised that he needed to deposit approximately $523.26 and they would allow for him to have access to his check. The check was allowed to be deposited and they learned that he had withdrawn the remainder of the money from a Civista Bank in Akron, Ohio and closed his account. B.M. further stated that they are trained to always make eye contact with their customers and that she always studies their faces. She stated that she frequently did CRAWMER's transactions through the drive thru and the voice of the suspect was familiar to her and she believed it to be CRAWMER. B.M. also described the suspect's voice as always remaining calm even as the suspect became agitated. This struck her as also being very consistent with CRAWMER, stating when he would become agitated or upset, while at the bank as a customer, his voice always remained calm.

17. R.P., a Civista Bank employee, described the suspect as 5'5" to 6' tall. R.P. provided that the suspect walked in the front door and then pulled up a black, blue and purple gaiter style mask over his face. R.P. described the suspect as having a goatee, which she observed prior to the suspect covering his face with a mask. The suspect wore a black hat, black plastic frame glasses on top of his hat, a white plain tee shirt, black pants, and tennis shoes. The suspect also had a black pistol style firearm in his hand. R.P. provided that the suspect walked to the drive thru area and demanded money, stating "you know what I want." R.P. recognized the

voice of the suspect as a bank customer, and later recalled to law enforcement that she believed the suspect that robbed the bank was STEFAN CHADWICK CRAWMER. R.P. further stated that she believed she recognized the voice as CRAWMER stating that she also was struck by how calm the suspect's voice remained which was consistent with CRAWMER when he would become agitated at the bank.

18. A Civista Bank employee provided a copy of CRAWMER's driver's license to law enforcement which returned to a STEFAN C. CRAWMER., (DOB: xx/xx/1968), (SSN: xxx-xx-5943), 5'09, 190 lbs., hair bald, and Hazel eyes. Additionally, a Civista Bank employee provided the cell phone number that CRAWMER provided to them when his account was opened, being 804-503-6171. A law enforcement database search revealed that 804-503-6171 was associated to CRAWMER.

19. The suspect's license plate, as recalled by Civista Bank employees, was found to have been stolen from a residence on Columbus St., in Bellefontaine on an unknown date.

20. An audit of the teller drawers involved revealed that the suspect made out with approximately $1,313.90.

21. Your Affiant conducted a search on fdic.gov and observed that the Richwood Bank was listed as FDIC insured with FDIC Certification No. 12982.

22. A review of all three robberies revealed the following consistencies. All three robberies were committed between the approximate time frame of 9:22 a.m. and 9:41 a.m. The suspect, in each robbery, pulled up a neck gaiter face mask as entry was made into the front door of the bank. Immediately, on each occasion, the suspect approached the tellers and brandished a black pistol style firearm in his right hand. In each robbery, the suspect was wearing a baseball style hat, shorts and a long sleeve shirt with the sleeves rolled up to their elbow and another T-

6

shirt under the long sleeve shirt. The video from the Springfield robbery captured the suspect's tennis shoes which clearly had an "N" on the side for New Balance. The suspect, in each robbery, wore multi-colored tennis shoes, with a consistent pattern on the outside of the shoe, all believed to be the New Balance shoes captured on video during the Springfield robbery. During the Richwood Bank robbery and the Civista Bank robbery the suspect had black sunglasses with reddish/orange earpieces, with the glasses sitting on top of the bill of his hat. In addition, he had a black laptop type bag draped over his shoulder. During the Richwood Bank robbery and the Peoples Savings Bank robbery the suspect cocked his firearm and stated give me fifties and hundreds.

23. Investigators located CRAWMER's Facebook Page under the vanity name "Chad Adel". A review of photographs and videos from CRAWMER's Facebook page revealed numerous pictures in which CRAWMER was wearing a pair of New Balance tennis shoes that match the New Balance tennis shoes from the Springfield robbery and are consistent with the tennis shoes worn in the Urbana and West Liberty robbery. A video posted on CRAWMER's Facebook page captured CRAWMER wearing a purple face covering that appears to be an exact match for the mask worn by the suspect in the West Liberty robbery. A photograph posted on CRAWMER's Facebook page captured CRAWMER wearing a black gaiter style face covering that is consistent with the face covering worn by the suspect in the Peoples Bank robbery and the Richwood Bank robbery. Further, CRAWMER's Facebook page revealed a picture in which CRAWMER was wearing black plastic frame sunglasses with red accents on the earpieces that match the sunglasses worn by the suspect during the Richwood Bank robbery and the Civista Bank robbery. A comparison of photographs from the Springfield robbery, wherein video surveillance captured the suspect without a mask, with pictures from CRAWMER's Facebook

page revealed that CRAWMER appeared to be, or very closely resembled, the suspect from the Springfield robbery.

24. A review of photographs posted on CRAWMER's Facebook page show CRAWMER with a tattoo on the inside of CRAWMER's left leg. As detailed above, a Peoples Savings Bank employee described the suspect as having a tattoo on the lower portion on one of the suspect's calves. Photographs posted on CRAWMER's Facebook page further show that CRAWMER has tattoos covering the majority of his left arm and tattoos on the inside of his right arm. Bank surveillance video from the bank robberies show the suspect with sleeves pulled up to the elbows. No arm tattoos are visible from bank surveillance. As further detailed in the next paragraph below, a review of CRAWMER's criminal history revealed an Alabama police report regarding a bank robbery investigation, in which CRAWMER was ultimately convicted, wherein CRAWMER attempted to cover up his tattoos with makeup.

25. A state warrant, issued in the Logan County Court of Common Pleas, was served upon Facebook for account details associated with CRAWMER's Facebook account, having the vanity name "Chad Adel." A review of records revealed the same pictures previously viewed by law enforcement through an open-source search. Additionally, records revealed a post written by CRAWMER on May 20, 2021, that states "I have an awesome story for you if you want to hear… unlike no other!!! True story… 23 bank robberies…. fbi, atf, homeland security, bikers… etc… hit me up! Multi-million dollar story…" Additionally, a private message conversation between "Chad Adel" and "Donald Dean" revealed the following statements:

> Chad Adel: "Merry hat I'm interested in are bang bang and other stuff but need bang bang… kinda fucking with pale riders now."
>
> Donald Dean: "Ok I'll get on it"

8

Chad Adel: "Merry hat? Haha suppose to be what I'm interested in…"

Chad Adel: "Haha"

Donald Dean: "Right"

Chad Adel: "Kinda want the kind that spits out multiple stuff"

Chad Adel: "To destroy lives… haha

26. A review of CRAWMER's criminal history revealed that CRAWMER had been arrested for committing an armed bank robbery in Alabama. I reviewed the underlying police report compiled by the Madison, Alabama Police Department, related to their investigation into CRAWMER and his arrest, and learned the following. On September 10, 2010, an armed bank robbery occurred at the Wachovia Bank, located at 100 Hughes Rd., Madison, Alabama. Bank employees reported a white male entered the bank, pulled a grey bandana up over his face and pulled out a handgun. The suspect then stated all the money on the counter now. The suspect then stated, you think this is a joke, and cocked the weapon. The suspect then ran out the door of the bank with more than $8,000 cash and fled in a silver 4 door Vehicle. Madison Police Department Officers located the vehicle and a foot pursuit ensued before CRAWMER was taken into custody. Officers noticed makeup rubbing off of CRAWMER's arms exposing tattoos. CRAWMER stated to officers that he used "Cover Girl Honey" makeup to conceal his tattoos. CRAWMER was ultimately charged and convicted for this incident in the United States District Court for the Northern District of Alabama (Case No. 5:10-CR-433). On August 27, 2021, a warrant, issued in the Logan County Court of Common Pleas, was served upon T-Mobile for customer and subscriber information, as well as call detail records and cell site location information associated with the telephone number 804-503-6171 (CRAWMER's Mobile Phone). This phone number was provided to law enforcement by Civista Bank employees as being

9

associated with a bank account for CRAWMER. CRAWMER also has previously provided this phone number as his contact number to law enforcement during an unrelated interaction. Law enforcement has had contact with CRAWMER via 804-503-6171 as recent as August 29, 2021, during an unrelated interaction.

27. Review of T-Mobile records showed location information for CRAWMER's Mobile Phone. The records revealed that on July 1, 2021, the date of the robbery that occurred at Peoples Savings Bank, Urbana, Ohio, CRAWMER's Mobile Phone was reporting its location in the area of South Vienna, Ohio, during the duration of the robbery. South Vienna, Ohio is approximately 14 miles from People Savings Bank, located in Urbana, Ohio. Approximately three days prior to the People Savings Bank robbery, on June 28, 2021, CRAWMER's Mobile Phone was reporting its location in the area of the Peoples Savings Bank. A review of the T-Mobile records revealed that CRAWMER's Mobile Phone was in the area of the Peoples Savings Bank, Urbana, Ohio, on June 28, 2021, between approximately 3:11 p.m. and 3:43 p.m.

28. After the Peoples Saving Bank robbery on July 1, 2021, that same day CRAWMER posted a comment on his Facebook page that he was buying fireworks. The post contained a picture of the exterior of Shelton Fireworks, located in Richmond, Indiana. A review of T-Mobile records revealed that CRAWMER's Mobile Phone was in the area of Shelton Fireworks, Richmond, Indiana, on July 1, 2021, at approximately 3:35 p.m.

29. On the date of the Richwood Bank robbery, located in Springfield, Ohio, CRAWMER's Mobile Phone was reporting its location in the area of the Richwood Bank during the duration of the bank robbery. A review of T-Mobile records revealed that CRAWMER's Mobile Phone was in the area of the Richwood Bank on August 7, 2021, between approximately 8:01 a.m. to 10:01 a.m. The Richwood Bank robbery occurred on August 7, 2021, at

10

approximately 9:30 a.m. Additionally, further review revealed that CRAWMER's Mobile Phone was in the area of the Richwood Bank days before the robbery on August 5, 2021, between approximately 5:54 a.m. and 1:43 p.m.

30. On the date of the Civista Bank robbery, located in West Liberty, Ohio, CRAWMER's Mobile Phone was reporting its location in the area of the Civista Bank during the duration of the robbery. A review of T-Mobile records revealed CRAWMER's Mobile Phone was in the area of the Civista Bank on August 17, 2021, between approximately 7:28 a.m. and 9:59 a.m. The Civista Bank robbery occurred on August 17, 2021, at approximately 9:35 a.m.

31. A review of T-Mobile records for CRAWMER's Mobile Phone further revealed that CRAWMER's Mobile Phone was in contact with phone number 800-214-6094. An open-source search revealed that this number was associated with Budget Car Rentals. A subpoena, issued by the Logan County, Ohio Prosecutor's Office, was served upon Avis Budget Corporate, for rental information associated with CRAWMER. Information returned by Avis Budget Corporate pursuant to said subpoena revealed that on August 11, 2021, CRAWMER rented a white Nissan Altima sedan, bearing New York registration HWV6843. The pickup and return location were listed as 1144 Hebron Road, Heath, Ohio. CRAWMER returned the vehicle on August 20, 2021. A review of T-Mobile records revealed that CRAWMER's Mobile Phone was in the area of Budget Car Rentals, located at 1144 Hebron Road, Heath, Ohio, on August 11, 2021, between approximately 1:01 P.M. to 4:23 p.m. Investigators located the vehicle rented to CRAWMER at the Budget Rental located in Heath, Ohio. Several observations were made regarding the vehicle, to include a black scuff mark on the bottom rear of the rear passenger door and an EZ Pass box visible in the front windshield. Also, the front license plate was held on by

Velcro. According to a Budget Rental employee, license plates are not customarily secured by Velcro.

32. These observations are significant as during the Civista Bank robbery detailed above, bank employees observed the suspect arrive in a white sedan, and after committing the robbery, depart in the same vehicle. Surveillance video from the bank showed a white sedan which turned right onto Detroit Street from Sydney Street prior to the bank robbery. On August 17, 2021, prior to the Civista Bank robbery, surveillance video from West Liberty Police Department, located at 201 N. Detroit St., West Liberty, Ohio, approximately 0.2 miles from Civista Bank, captured a white Nissan Altima traveling past the West Liberty Police Department. A review of the surveillance video captured from the West Liberty Police Department revealed a white Nissan Altima with a black scuff mark at the bottom rear of the rear passenger door. Also visible was what appeared to be an EZ Pass box in the front windshield. Also, the vehicle did not appear to have a front license plate. As detailed above, Civista Bank employees stated that the suspect arrived and departed in a white four door car, bearing license plate JIA7018. Law enforcement determined that this license plate was stolen. The registered owner associated with the license plate resided in the 300 block of E. Columbus Ave., Bellefontaine, Ohio. A review of T-Mobile records revealed that CRAWMER's Mobile Phone was in the vicinity of the 300 block of E. Columbus Ave., Bellefontaine, Ohio on August 17, 2021, between approximately 7:42 a.m. and 9:00 a.m.

33. A state warrant, issued in the Logan County Court of Common Pleas, was served upon Avis Budget Rental for GPS tracking information from the white Nissan Altima that CRAWMER rented from August 11, 2021, through August 20, 2021. A review of the records provided pursuant to the search warrant, revealed that on August 17, 2021, being the date of the

12

Civista Bank robbery, the rental vehicle moved west from the area of Buckeye Lake, Ohio, and arrived in the area of a parking lot on the 100 block of S. Detroit Street, Bellefontaine, Ohio. The next location of the rental vehicle recorded was at 8:58 a.m. wherein the rental vehicle was still in the area of a parking lot located in the 100 block S. Detroit Street, Bellefontaine, Ohio. From this information, the vehicle appeared to be stationary for approximately 51 minutes in the parking lot. This location is located approximately 0.4 miles from the residence of the registered owner associated with the license plate that was stolen and observed by Civista Bank employees as being on the license plate on the suspect's vehicle that arrived and departed from the Civista Bank robbery.

34. Further review of the Avis Budget Rental GPS tracking records revealed that the rental vehicle later traveled south into West Liberty, Ohio. At approximately 9:36 a.m., minutes prior to the Civista Bank robbery, the rental vehicle reported its location on Sidney Street, West Liberty, near the intersection of Sidney Street and State Route 68. This location is approximately 0.2 miles from the West Liberty Police Department. As detailed above, West Liberty Police Department surveillance video captured a white Nissan Altima traveling past the West Liberty Police Department. The vehicle captured by the West Liberty Police Department surveillance video had several distinctive features, to include a black scuff mark at the bottom rear of the rear passenger door and an EZ Pass box in the front windshield. These features also matched the white Nissan Altima that CRAWMER previously rented during the time of the Civista Bank robbery.

35. Additionally, a review of Avis Budget Rental GPS tracking records revealed that at approximately 9:42 a.m., the rental vehicle reported its location near a parking space directly in front of the Civista Bank.

13

36. CRAWMER has had several unrelated contacts with law enforcement in 2021. Some of the information given during those contacts is pertinent to this investigation. In early August, 2021, CRAWMER advised that he moved back to the area. Later in August, CRAWMER advised that he might be moving to a house in the Heath area, which would be closer to his girlfriend's job. Based on communications with law enforcement, law enforcement was aware that CRAWMER resided with his girlfriend, A.J.

37. A review of CRAWMER's Facebook page revealed several pictures of CRAWMER and A.J. together.

38. An Ohio Bureau of Motor Vehicles search revealed no active vehicle registrations associated with CRAWMER; however, several active registrations are associated with A.J., one of which being a black 2006 Ford Mustang, bearing Ohio registration FOX9916. Further, A.J.'s address associated with her driver's license was listed as 116 Swainford Drive, Heath, Ohio. A.J.'s driver's license was issued on September 11, 2021.

39. On September 24, 2021, law enforcement conducted a spot check at 116 Swainford Drive, Heath, Ohio, and at approximately 4:34 p.m., law enforcement observed a black Ford Mustang parked in the driveway in front of the garage of the residence. As detailed above, A.J. had an active registration to a black Ford Mustang.

40. On September 30, 2021, law enforcement conducted surveillance at 116 Swainford Drive, Heath, Ohio, and at approximately 5:12 p.m., law enforcement observed CRAWMER in the garage of the residence. A dark grey small size Toyota truck was later observed pulling into the driveway.

41. On October 1, 2021, law enforcement conducted surveillance at 116 Swainford Drive, Heath, Ohio, and at approximately 9:32 a.m., law enforcement observed CRAWMER in

14

the garage of the residence. Also observed was the dark grey Toyota truck in the garage, bearing license plate number JIS8486.

42. An Ohio Bureau of Motor Vehicles search for license plate JIS8486 resolved to an owner associated with a rental agency. Law enforcement learned that the plate was associated with Avis Budget. Law enforcement learned from Avis Budget Rental employees that A.J. rented a Toyota Tacoma in Heath, Ohio, on September 23, 2021. The rental was extended three times and due back on October 2, 2021.

43. On October 1, 2021, law enforcement conducted surveillance at 116 Swainford Drive, and at approximately 4:42 p.m., law enforcement observed CRAWMER and A.J. in the driveway of the residence.

44. On October 8, 2021, law enforcement conducted surveillance at 116 Swainford Drive, and at approximately 8:30 a.m., law enforcement observed CRAWMER exit the side door of the residence.

45. A review of CRAWMER's criminal history revealed several prior convictions for bank robbery and other offenses. A review of CRAWMER's criminal history revealed the following:

   a. United States District Court Northern District of Alabama (Case No. 5:10-CR-433), convicted of violations of 18 U.S.C. §§ 2113(a) & (b) – Armed Bank Robbery; 18 U.S.C. § 924(c)(A)(ii) – Use of a Firearm During a Crime of Violence; 18 U.S.C § 922(g)(1) – Felon in Possession of a Firearm.

   b. United States District Court of the Southern District of Ohio (Case No. 2:10-CR-059), convicted of violations of 18 U.S.C § 922(g)(1) & 924(a) – Possession of Ammunition in and Affecting Interstate Commerce by a Convicted Felon.

15

    c. Multiple state convictions, including a conviction for Breaking and Entering and Grand Theft in 1987; convictions for Breaking and Entering, Theft, Aggravated Robbery with a Gun, Safecracking, Aggravated Burglary, and Aggravated Robbery in 1988; and convictions for Conspiracy to Commit Aggravated Burglary, Aggravated Burglary, and Possession of Criminal Tools in 2003.

46. On October 12, 2021, a search warrant for CRAWMER's residence, being 116 Swainford Drive, Heath, Ohio, and an arrest warrant for CRAWMER was authorized by the United States District Court for the Southern District of Ohio. On October 15, 2021, FBI agents and officers executed the search warrant at 116 Swainford Drive, Heath, Ohio. As agents initiated contact with occupants of 116 Swainford Drive, Heath, Ohio, CRAWMER was observed in the garage of the residence. Agents and officers ultimately arrested CRAWMER and placed him into custody pursuant to a federal arrest warrant.

47. Once the residence was cleared for occupants, agents began a search of the premises. Several evidentiary items were located and seized, to include two pistols, one of which closely resembled the pistol brandished by the suspect during the Richwood Bank robbery. The pistols recovered during the search warrant were as follows: a Springfield XDS .40 caliber pistol, which was located in the master bedroom in the closet on the top shelf; and a and a Smith and Wesson M&P Bodyguard .380 caliber pistol, which was located in in the kitchen on the floor in a blue stripe bag. Also contained in the same blue stripe bag was a pair of Avia shoes, a white long sleeve shirt, a grey baseball style hat, a neck gator, and Rimmel foundation makeup. A Stevens Model 87A .22 caliber rifle, observed in the master bedroom in the closet on the floor, was also located and seized.

48. A pill bottle in the name of CRAWMER, as well as male clothing items, were observed in the master bedroom, the same bedroom where the Springfield XDS .40 caliber pistol was located. A banking document and several bank cards in the name of Stephen Crawmer, as well as male clothing were located throughout the house.

49. As a detailed above, CRAWMER has prior felony convictions for violations of 18 U.S.C. §§ 2113(a) & (b) – Armed Bank Robbery; 18 U.S.C. § 924(c)(A)(ii) – Use of a Firearm During a Crime of Violence; 18 U.S.C § 922(g)(1) – Felon in Possession of a Firearm; and 18 U.S.C § 922(g)(1) & 924(a) – Possession of Ammunition in and Affecting Interstate Commerce by a Convicted Felon. As such, CRAWMER is prohibited from possessing firearms. Since none of the firearms were secured in safe or other secure compartment, CRAWMER had access to these firearms. Again, as detailed above, CRAMWER made statements during a Facebook messengers conversation indicating that CRAWMER was arranging for the acquisition of a firearm. During the interview of CRAWMER subsequent to his arrest, CRAWMER stated that he thought that his girlfriend had a firearm in the house but did not know what kind. CRAWMER later stated that he did not know about any pistols in the house but that his girlfriend kept a rifle in the house for home defense.

50. Based upon this information and other information noted in the Affidavit, it appears that CRAWMER had knowledge of firearms that were maintained in the residence. The potential presence of CRAWMER's DNA on the firearms found in the residence could provide material evidence of his illegal possession of these firearms.

51. The two pistols recovered at CRAWMER's residence pursuant to a search warrant being a Springfield XDS .40 caliber pistol and a Smith and Wesson M&P Bodyguard .380 caliber pistol; along with the ammunition and magazines found loaded in the before

17

mentioned firearms, have been submitted to a laboratory for testing, to include DNA analysis. In order to confirm if any of the DNA that may be potentially recovered from the firearms match that of CRAWMER, it is a standard policy and procedure of most laboratories to directly compare from a reference DNA sample obtained from the person to be compared. Buccal cell samples from CRAWMER are needed to compare with any DNA results obtained during the examination. The buccal cell samples will be obtained by swabbing the insides of CRAWMER's cheeks and mouth.

## CONCLUSION

52. Based upon the foregoing information, there is probable cause to believe that DNA samples from the person of STEFAN CHADWICK CRAWMER may constitute evidence of violations of 18 U.S.C. § 2113 – Bank Robbery, 18 U.S.C § 922(g) - Felon in Possession of a Firearm, and 18 U.S.C. § 924(c)(A)(ii) – Use of a Firearm During a Crime of Violence. I therefore request that search warrants be authorized to allow me and other law enforcement officers to obtain four (4) buccal cell swab samples from STEFAN CHADWICK CRAWMER.

Further your Affiant sayeth naught.

Nicholas A. Graziosi
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this 11th day of January, 2022.

Sharon L. Ovington
United States Magistrate Judge